IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:17-mc-00030, Case Name In re Application of the Plurinational State of Bolivia for an Order Directing Discovery from Gonzalo Sánchez de Lozada y Sánchez de Bustamante Pursuant to 28 U.S.C. § 1782
Party Represented by Applicant: The Plurinational State of Bolivia

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Alexandre de Gramont
Bar Identification Number 430640    State District of Columbia
Firm Name Dechert LLP
Firm Phone # 1 (202) 261-3300    Direct Dial # 1 (202) 261-3320    FAX # 1 (202) 261-3082
E-Mail Address alexandre.degramont@dechert.com
Office Mailing Address 1900 K Street, NW   Washington, DC 20006

Name(s) of federal court(s) in which I have been admitted 4th Cir., 5th Cir., 7th Cir., 11th Cir., W.D. Tx., Fed. Cl., T.C.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Signature) Alexandre de Gramont

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) Rani Habash    12/15/2017 (Date)
Rani A. Habash (Typed or Printed Name)    78541 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

/s/ Anthony J. Trenga
United States District Judge
(Judge's Signature)    December 19, 2017 (Date)