## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE APPLICATION OF THE PLURINATIONAL STATE OF BOLIVIA FOR AN ORDER DIRECTING DISCOVERY FROM GONZALO SÁNCHEZ DE LOZADA Y SÁNCHEZ DE BUSTAMANTE PURSUANT TO 28 U.S.C. § 1782 | Civil No. 1:17-mc-00030 (AFT-MSN) |

### ORDER

This Court, having considered the Agreed Status Report and Joint Motion To Enter Briefing Schedule submitted by Petitioner the Plurinational State of Bolivia ("Petitioner" or "Bolivia") and Respondent Mr. Gonzalo Sánchez de Lozada y Sánchez de Bustamante ("Respondent" or "Mr. Sánchez de Lozada"), hereby grants the Joint Motion. The Court enters the following briefing schedule for the Objections and Motion To Quash that Mr. Sánchez de Lozada plans to file in response to the two subpoenas served by Bolivia in the above-captioned proceedings.

| Event | Date |
|---|---|
| Service of the Subpoenas[1] | December 22, 2017 |
| Mr. Sánchez de Lozada's Objections and Motion to Quash | January 17, 2018 |
| Bolivia's Opposition to Objections and Motion to Quash | January 31, 2018 |

---

[1] The Court is advised by counsel for Bolivia and Mr. Sánchez de Lozada that it is agreed that Mr. Sánchez de Lozada's counsel in these proceedings will accept service of the subpoenas on his behalf.

| | |
|---|---|
| Mr. Sánchez de Lozada's Reply to Opposition to Objections and Motion to Quash | February 6, 2018 |
| Hearing on Objections and Motion to Quash | February 16, 2018 |

IT IS SO ORDERED.

Date: _December 22, 2017_    Anthony J. Trenga
                              United States District Judge     /s/