IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE )<br>PLURINATIONAL STATE OF BOLIVIA )<br>FOR AN ORDER DIRECTING DISCOVERY )<br>FROM GONZALO SANCHEZ DE LOZADA )<br>Y SANCHEZ DE BUSTAMANTE )<br>PURUSANT TO 28 U.S.C. § 1782 )<br>_____ ) | Civil Action No. 1:17-mc-30 (AJT/MSN) |

## ORDER

It is hereby

ORDERED that the hearing on Julio Miguel Orlandini-Agreda and Compañía Orlandini Ltda.'s Motion for Leave to Intervene in Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 [Doc. No. 11] currently scheduled for Friday, February 9, 2018 at 10:00 a.m. be, and the same hereby is, CONTINEUD to Tuesday, February 13, 2018 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 8, 2018