UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE PLURINATIONAL STATE OF BOLIVA FOR AN ORDER DIRECTING DISCOVERY FROM GONZALO SANCHEZ DE LOZADA Y SANCHEZ DE BUSTAMANTE PURSUANT TO 28 U.S.C. § 1782 | Case No. 17-mc-00030-AJT-MSN |

# ORDER

Upon consideration of the Unopposed Motion for Leave to Intervene in In Re Application of the Plurinational State of Bolivia for an Order Directing Discovery from Gonzalo Sánchez de Lozada ("Motion for Leave to Intervene"), submitted by Intervenor Glencore Finance (Bermuda) Limited ("Intervenor"), and all papers submitted in support thereof, and for good cause shown, it is hereby:

**ORDERED** that the Intervenor's Motion for Leave to Intervene is **GRANTED**; and it is further

**ORDERED** that the Intervenor shall be served with all notices, pleadings, submissions, correspondence, and other materials submitted or exchanged in these proceedings; and it is further

**ORDERED** that any and all documents and discovery materials produced in these proceedings shall also be produced to the Intervenor, at the same time and in the same fashion as they are produced to Petitioner, the Plurinational State of Bolivia; and it is further

**ORDERED** that the Intervenor be entitled to attend and participate in any and all hearings that take place in these proceedings; and it is further

**ORDERED** that the Intervenor be entitled to attend and ask questions at any deposition of the Respondent Mr. Gonzalo Sánchez de Lozada.

**SO ORDERED.**

Date: Feb. 12, 2018

/s/
Anthony J. Trenga
United States District Judge
United States District Judge